| PROB 22 (Rev. 1/88) | | DOCKET NUMBER *(Tran. Court)* 1:04:CR:150-01 |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| DOMINICK CEDRIC TAYLOR<br>Schaumburg, Illinois | WESTERN DISTRICT OF MICHIGAN | Southern |
| **MAGISTRATE JUDGE MASON**<br>**JUDGE ZAGEL** | NAME OF SENTENCING JUDGE<br>The Honorable Richard Alan Enslen | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 12-21-07    TO 12-20-10 |

| OFFENSE | |
|---|---|
| Felon in Possession of Firearm; 18 U.S.C. § 922(g)(1) | **08 CR 505** |

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "WESTERN DISTRICT OF MICHIGAN"

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_5-15-08_             _[signature]_
Date                             The Honorable Richard Alan Enslen
                                  Senior United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

JUN 2 3 2008            _[signature]_
Effective Date    **FILED**    United States District Judge

JUN 2 4 2008   TC

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT