**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
OFFICE OF THE CLERK
www.miwd.uscourts.gov

| 399 Federal Bldg. | B-35 Federal Bldg. | 113 Federal Bldg. | 229 Federal Bldg. |
|---|---|---|---|
| 110 Michigan St., NW | 410 W. Michigan Ave. | 315 W. Allegan St. | 202 W. Washington St. |
| Grand Rapids, MI 49503 | Kalamazoo, MI 49007 | Lansing, MI 48933 | Marquette, MI 49855 |
| (616) 456-2381 | (269) 337-5706 | (517) 377-1559 | (906) 226-2021 |

June 27, 2008

Mr. Michael W. Dobbins
Clerk
United States District Court
2046 Everett McKinley Dirksen
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

08cr505

FILED
JUL 7 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

RE: USA v. Dominick Cedric Taylor
    OUR Case No. 1:04-cr-00150  Hon. Richard Alan Enslen

Dear Court Personnel:

Pursuant to the enclosed Order for Transfer of Jurisdiction over the above-named supervised releasee to the Northern District of Illinois filed June 27, 2008, we are herewith sending certified copies of our order of transfer and docket sheet.

The documents that make up the case file are available electronically through PACER. Please contact our e-filing help desk via email at ecfhelp@miwd.uscourts.gov if you need further assistance.

Please acknowledge receipt of this transfer case by returning a date-stamped copy of this letter to our court in the enclosed self-addressed envelope. Thank you.

Sincerely,

Ronald C. Weston, Sr., Clerk

/s/ G. Frayer

By: Case Administrator

AO 245B (Rev. 12/03) Sheet 1 - Judgment in a Criminal Case

# United States District Court
## Western District of Michigan

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| v. | |
| DOMINICK CEDRIC TAYLOR | Case Number: 1:04-cr-150-01 |
| | USM Number: 11910-040 |
| | Anthony J. Valentine |
| | Defendant's Attorney |

THE DEFENDANT pleaded guilty to Count One.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense: | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm | March 15, 2004 | One |

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Judgment: January 4, 2005

Dated in Kalamazoo, MI:
January 5, 2005

/s/Richard Alan Enslen
Richard Alan Enslen
United States District Judge

AO 245B (Rev. 12/03) Sheet 2 - Imprisonment
Judgment--Page 2 of 6
Defendant: DOMINICK CEDRIC TAYLOR
Case Number: 1:04-cr-150-01

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **FIFTY-TWO (52) MONTHS**.

The Court strongly recommends to the Bureau of Prisons that it designate a facility capable of providing the 500 hour intensive substance abuse treatment program.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

_____, with a certified copy of this judgment.

_____
United States Marshal

By_____
Deputy United States Marshal

AO 245B (Rev. 12/03) Sheet 3 - Supervised Release

Judgment--Page 3 of 6
Defendant: DOMINICK CEDRIC TAYLOR
Case Number: 1:04-cr-150-01

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of **THREE (3) YEARS**.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

The defendant shall cooperate in the collection of DNA as directed by the probation officer.

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1. the defendant shall not leave the judicial district without the permission of the court or probation officer;
2. the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3. the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4. the defendant shall support his or her dependents and meet other family responsibilities;
5. the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6. the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7. the defendant shall refrain from any use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8. the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9. the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10. the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11. the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12. the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13. as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B (Rev. 12/03) Sheet 3C - Supervised Release
Judgment--Page 4 of 6
Defendant: DOMINICK CEDRIC TAYLOR
Case Number: 1:04-cr-150-01

## SPECIAL CONDITIONS OF SUPERVISION

1. The defendant shall participate in a program of testing and treatment for substance abuse, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer, and shall pay at least a portion of the cost according to his ability as determined by the probation officer.

2. The defendant shall refrain from all use of alcoholic beverages.

3. The defendant shall participate in a program of mental health treatment, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer, and shall pay at least a portion of the cost according to his ability as determined by the probation officer.

4. The defendant shall seek and maintain legitimate full-time employment as approved by his probation officer.

AO 245B (Rev. 12/03) Sheet 5 - Criminal Monetary Penalties

Judgment--Page 5 of 6
Defendant: DOMINICK CEDRIC TAYLOR
Case Number: 1:04-cr-150-01

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties under the schedule of payments on Sheet 6.

|         | Assessment | Fine   | Restitution |
|---------|------------|--------|-------------|
| TOTALS: | $100.00    | $0.00  | $0.00       |

**AO 245B (Rev. 12/03) Sheet 6 - Schedule of Payments**

Judgment--Page 6 of 6
Defendant: DOMINICK CEDRIC TAYLOR
Case Number: 1:04-cr-150-01

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

**A**   The special assessment shall be paid in full immediately.

Unless the court has expressly ordered otherwise in the special instruction above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the Clerk of the Court, 399 Federal Building, 110 Michigan, NW, Grand Rapids, Michigan 49503, unless otherwise directed by the court, the probation officer, or the United States attorney.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest (7) penalties, and (8) costs, including cost of prosecution and court costs.

CLOSED

# United States District Court
# Western District of Michigan (Southern Division (1))
# CRIMINAL DOCKET FOR CASE #: 1:04-cr-00150-RAE-1

Case title: USA v. Taylor

Date Filed: 07/15/2004
Date Terminated: 01/05/2005

Assigned to: Senior Judge Richard Alan Enslen

### defendant (1)

**Dominick Cedric Taylor**
*TERMINATED: 01/05/2005*

represented by **Anthony J. Valentine**
Twohey Maggini
161 Ottawa Ave., NW, Ste. 212
Grand Rapids, MI 49503
(616) 459-6168
Fax: (616) 459-0025
Email: avalentine@twoheylaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

### Pending Counts

18:922(g)(1); 18:921(a); 18:924(a)(2) - FELON IN POSSESSION OF A FIREARM
(1)

### Disposition

Defendant sentenced to 52 months custody; upon release defendant shall be on 3 years supervised release; and defendant shall pay $100.00 special assessment

### Highest Offense Level (Opening)

Felony

### Terminated Counts

None

### Disposition

Certified as a True Copy
Ronald C. Weston, Sr., Clerk
By_____ Deputy Clerk
U.S. District Court
Western Dist. of Michigan
Date 6/27/08

### Highest Offense Level (Terminated)

None

### Complaints

None

### Disposition

### Plaintiff

USA

represented by **John F. Salan**
U.S. Attorney (Grand Rapids)
The Law Bldg.
330 Ionia Ave., NW
P.O. Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404
Email: john.salan@usdoj.gov

LEAD ATTORNEY
ATTORNEY TO BE NOTICED

| Date Filed | # | Docket Text |
|---|---|---|
| 07/15/2004 | 1 | INDICTMENT as to Dominick Cedric Taylor (gjf, ) Additional attachment(s) added on 7/27/2004 (gjf, ). Modified on 7/27/2004 to reflect a scanned image (krv) (Entered: 07/16/2004) |
| 07/15/2004 | 2 | WARRANT issued by Magistrate Judge Hugh W. Brenneman Jr. for arrest of defendant Dominick Cedric Taylor (gjf, ) (Entered: 07/16/2004) |
| 07/22/2004 | 3 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as counsel for defendant Dominick Cedric Taylor (faxed to FPD by cbh); signed by Magistrate Judge Ellen S. Carmody (Magistrate Judge Ellen S. Carmody, cbh) (Entered: 07/22/2004) |
| 07/22/2004 | 4 | ORDER OF TEMPORARY DETENTION pursuant to the Bail Reform Act as to defendant Dominick Cedric Taylor: detention hearing, with arraignment and initial pretrial conference, is set for 7/27/2004 at 09:00 AM at 654 Federal Building, Grand Rapids, MI before Magistrate Judge Ellen S. Carmody (faxed to FPD by cbh); signed by Magistrate Judge Ellen S. Carmody (Magistrate Judge Ellen S. Carmody, cbh) (Entered: 07/22/2004) |
| 07/22/2004 |  | ARREST of Dominick Cedric Taylor (cr, ) (Entered: 07/23/2004) |
| 07/22/2004 | 5 | MINUTES of FIRST APPEARANCE of defendant Dominick Cedric Taylor; deft appeared without counsel; deft requested court appointed counsel - Granted; Govt moved for detention/3-day continuance; Arraignment/Initial Pretrial Conference and Detention Hearing set for Tuesday, July 27, 2004 @ 9:00 a.m.; deft remanded to USM; held before Magistrate Judge Ellen S. Carmody July 22, 2004(Tape #C-G04 - #84) (Magistrate Judge Ellen S. Carmody, cr) (Entered: 07/23/2004) |
| 07/22/2004 | 6 | ARREST WARRANT RETURNED EXECUTED; defendant Dominick Cedric Taylor arrested on 7/22/2004 (cr, ) (Entered: 07/23/2004) |
| 07/22/2004 | 7 | MOTION for pretrial/temporary detention by USA as to Dominick Cedric Taylor (cr, ) (Entered: 07/23/2004) |
| 07/22/2004 | 8 | CJA 23 financial affidavit by defendant Dominick Cedric Taylor in support of request for court-appointed counsel (cr, ) (Entered: 07/23/2004) |
| 07/27/2004 | 9 | INITIAL DISCOVERY ORDER as to defendant Dominick Cedric Taylor; signed by Magistrate Judge Ellen S. Carmody (Magistrate Judge Ellen S. Carmody, cbh) (Entered: 07/27/2004) |
| 07/27/2004 |  | Federal Public Defender recommends that Anthony J. Valentine be appointed to represent defendant Dominick Cedric Taylor (Federal Public Defender, ) (Entered: 07/27/2004) |
| 07/27/2004 | 10 | ORDER OF DETENTION pending trial as to defendant Dominick Cedric Taylor; signed by Magistrate Judge Ellen S. Carmody (Magistrate Judge Ellen S. Carmody, cbh) (Entered: 07/27/2004) |
| 07/27/2004 | 11 | MINUTES of ARRAIGNMENT as to Dominick Cedric Taylor (1) Count 1; atty Anthony Valentine present for deft Taylor; defendant pled Not Guilty, detention hearing did not take place - detention will be revisited when deft is released from state custody; initial pretrial conference held as to defendant Dominick Cedric Taylor ; deft Taylor declined to sign the Rights Form and the Pretrial Conference Summary Order; deft remanded to USM; held before Magistrate Judge Ellen S. Carmody on July 27, 2004 (Tape #C-G04- #87) (Magistrate Judge Ellen S. Carmody, cr) Modified on 7/27/2004 (cr, ) Added additional text re Rights Form and Pretrial Conference Order. (Entered: 07/27/2004) |
| 07/27/2004 | 12 | DEFENDANT'S RIGHTS as to defendant Dominick Cedric Taylor (cr, ) (Entered: 07/27/2004) |
| 07/27/2004 | 13 | PRETRIAL CONFERENCE SUMMARY ORDER as to defendant Dominick Cedric Taylor ; jury trial estimated to last 2 days; motions to be filed no later than 8/17/2004; ; signed by Magistrate Judge Ellen S. Carmody (cr, ) (Entered: 07/27/2004) |
| 07/27/2004 |  | Copy of Initial Discovery Order 9 , Order of Detention 10 and Pretrial Conference Summary Order 13 mailed to Atty Anthony Valentine (cr, ) (Entered: 07/27/2004) |
| 07/28/2004 | 14 | CASE MANAGEMENT ORDER : pretrial conference set for 9/20/2004 at 02:30 PM at 174 Federal Building, Kalamazoo, MI before Judge Richard Alan Enslen; jury trial set for 9/27/2004 at 08:30 AM at 174 Federal Building, Kalamazoo, MI before Judge Richard Alan Enslen; signed by Judge Richard Alan |

| | | |
|---|---|---|
| | | Enslen (Judge Richard Alan Enslen, sas) (Entered: 07/28/2004) |
| 07/28/2004 | | Copy of Criminal Case Management Order, 14 mailed to attorney Anthony J. Valentine (acr, ) (Entered: 07/28/2004) |
| 07/28/2004 | 15 | CJA 20 APPOINTMENT of attorney Anthony J. Valentine for Dominick Cedric Taylor ; signed by Magistrate Judge Ellen S. Carmody (cr, ) (Entered: 07/30/2004) |
| 09/20/2004 | 16 | MINUTES of CHANGE OF PLEA; defendant plead guilty to count One of the Indictment held before Judge Richard Alan Enslen (Court Reporter Kathleen Thomas) (Judge Richard Alan Enslen, sas) (Entered: 09/20/2004) |
| 09/20/2004 | 17 | ORDER setting sentencing for 1/4/2005 at 02:30 PM at 174 Federal Building, Kalamazoo, MI before Judge Richard Alan Enslen; signed by Judge Richard Alan Enslen (Judge Richard Alan Enslen, sas) (Entered: 09/20/2004) |
| 09/20/2004 | | Copy of Order Setting Sentencing Date 17 mailed to Anthony J. Valentine (rlw, ) (Entered: 09/20/2004) |
| 01/04/2005 | 18 | MINUTES of SENTENCING for Dominick Cedric Taylor (1), Count(s) 1, 52 months custody; 3 years supervised release; $100.00 special assessment held before Judge Richard Alan Enslen (Court Reporter Kathleen Thomas) (Judge Richard Alan Enslen, sas) (Entered: 01/04/2005) |
| 01/05/2005 | 19 | JUDGMENT as to defendant Dominick Cedric Taylor ; signed by Judge Richard Alan Enslen (Judge Richard Alan Enslen, sas) (Entered: 01/05/2005) |
| 01/05/2005 | | Certified Copy of Judgment 19 mailed to John Salan, Anthony Valentine, USMS, and USPO (acr, ) (Entered: 01/05/2005) |
| 06/27/2008 | 20 | PROBATION/SUPERVISED RELEASE JURISDICTION TRANSFERRED to Northern District of Illinois as to Dominick Cedric Taylor (gjf) (Entered: 06/27/2008) |
| 06/27/2008 | 21 | TRANSMITTAL LETTER sending documents regarding transfer of jurisdiction of probationer/supervised releasee Dominick Cedric Taylor to Northern District of Illinois (gjf) (Entered: 06/27/2008) |

| PROB 22 (Rev. /88) | | DOCKET NUMBER *(Tran. Court)* 1:04:CR:150-01 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE DOMINICK CEDRIC TAYLOR Schaumburg, Illinois **MAGISTRATE JUDGE MASON** **JUDGE ZAGEL** | DISTRICT WESTERN DISTRICT OF MICHIGAN | DIVISION Southern |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable Richard Alan Enslen | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 12-21-07　　TO 12-20-10 |

*Stamp: DOCKETED JUN 24 2008*

OFFENSE

Felon in Possession of Firearm; 18 U.S.C. § 922(g)(1)

**08 CR 505**

**FILED - GR**
June 27, 2008 10:44 AM
RONALD C. WESTON, SR., CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: ___gf___ /___

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "WESTERN DISTRICT OF MICHIGAN"

　　IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_5-15-08_
Date

_[signature]_
The Honorable Richard Alan Enslen
Senior United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

　　IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

JUN 2 3 2008
Effective Date

**FILED**

_[signature] James F. Holderman_
United States District Judge

JUN 2 4 2008　T C

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Certified as a True Copy of an electronically filed document, Ronald C. Weston, Sr., Clerk
By: _____
Deputy Clerk
U.S. District Court
Western Dist. of Michigan
Date 6/27/08